UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>JUAN JOSE BACA-FLORES<br><br>           Defendant. | CR-25-54-GF-BMM<br><br>FINDINGS AND<br>RECOMMENDATION<br>CONCERNING PLEA |

Defendant Juan Baca-Flores (Baca-Flores) has appeared before me by consent under Fed. R. Crim. P. 11 and has entered a plea of guilty to one count of illegal reentry, in violation of 8 U.S.C. § 1326(a), as charged in the Information.

After examining the Baca-Flores under oath, I make the following determinations:

   1.  Baca-Flores is fully competent and capable of entering an informed and voluntary plea;

   2.  Baca-Flores is aware of the nature of the charge against him and consequences of pleading guilty to the charge;

3. Baca-Flores fully understands his constitutional rights and the extent to which he is waiving those rights by pleading guilty; and

4. Baca-Flores' plea of guilty is a knowing and voluntary plea supported by an independent basis in fact sufficient to prove each of the essential elements of the count charged.

The Court further concludes Baca-Flores had adequate time to review the Plea Agreement with counsel, he fully understands each and every provision of the Plea Agreement, and all of the statements in the Plea Agreement are true. Therefore, I recommend that the Baca-Flores be adjudged guilty of the charge of illegal reentry, in violation of 8 U.S.C. § 1326(a) as charged in the Information and that sentence be imposed.

**This report is forwarded with the recommendation that the Court defer a decision regarding acceptance until the Court has reviewed the Plea Agreement and the presentence report**.

DATED this 6th day of May 2025.

_____
John Johnston
United States Magistrate Judge